IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

```
A.R.S.,                         :
                                :
        Plaintiff,               :
                                :
v.                              :    CASE NO. 4:22-CV-115-CDL-MSH
                                :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                :
        Defendant.               :
                                :
```

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' consent motion to remand this action, this case is hereby remanded.

Upon remand, Defendant will: (1) fully articulate the consideration of the opinion evidence; (2) further consider Plaintiff's residual functional capacity; (3) if necessary, obtain supplemental evidence from a vocational expert; (4) offer Plaintiff the opportunity for a new hearing; and (5) issue a new decision.

Therefore, this Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to Defendant for further proceedings.

*See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this 8th day of December, 2022.

                                    S/Clay D. Land  
                                    CLAY D. LAND  
                                    UNITED STATES DISTRICT JUDGE