```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

A.R.S.,                                :
                                       :
    Plaintiff,                        :
                                       :
v.                                     :    CASE NO. 4:22-CV-115-CDL-MSH
                                       :
COMMISSIONER OF SOCIAL                 :
SECURITY,                              :
                                       :
    Defendant.                        :
                                       :

## ORDER

Pending before the Court is Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA") (ECF No. 14). Counsel filed the motion for fees on March 6, 2023, requesting $3,876.67 for 16.1 attorney work hours at a rate calculated for the date that time was billed. Mot. for EAJA Fees 2, ECF No. 14. On March 17, 2023, the Commissioner filed a response wherein she does not object to the request for or amount of fees. Resp. to Mot. for Att'y's Fees 1, ECF No. 15. The Court having considered the petition for EAJA fees,

**IT IS ORDERED** that Plaintiff is awarded attorney's fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $3,876.67. Defendant is **ORDERED** to pay those amounts to Plaintiff directly, subject to any offset imposed by the Treasury Department's Offset Program.

The Commissioner shall determine after entry of this Order whether Plaintiff owes a debt to the Government that is subject to 31 U.S.C. §§ 3711 and 3716, which allow for the collection of a federal debt from the amount awarded to Plaintiff. If Plaintiff does owe a debt to the Government, her EAJA fee will be applied toward such debt pursuant to the Treasury Offset Program, *see Astrue v. Ratliff*, 560 U.S. 586, 596-97 (2010), and the Commissioner shall notify the Treasury Department that if any funds remain after the EAJA award is applied to her debt, the Treasury Department should issue a check for the remaining funds made payable to Plaintiff and mail that check to Plaintiff's counsel.

Notwithstanding instructions in the preceding paragraph to pay the EAJA award to Plaintiff, if the Treasury Department determines that Plaintiff does not owe a federal debt subject to setoff, the Commissioner will honor Plaintiff's assignment of EAJA fees and will pay the awarded fees directly to Plaintiff's Counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 10th day of April, 2023.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE