IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANDREA RENEE SANCHEZ, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-cv-00115-CDL-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed April 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,321.08

This 11th day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk